United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br>*Plaintiff,*<br><br>V.<br><br>JAMES COSSEY AND ROSECELLA JOHNSON,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:23cv04812 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 28, 2025, (Dkt. 30) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendant James Cossey's Motion to Dismiss (Dkt. 20) is **DENIED**.

**SIGNED** at Houston, Texas this __18th__ day of February, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE